UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Betsey Jean Scott, | ) | CASE NO. 4:09CV02684 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** |

The Social Security Administration denied Plaintiff Betsey Jean Scott's application for

Supplemental Security Income in the above-captioned case.  Scott sought judicial review of the

Commissioner's decision. The Court referred the case to Magistrate Judge Vernelis K. Armstrong

for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules

72.2(b)(1).  The magistrate judge submitted a report (ECF No. 20) recommending that the Court

affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Report and

Recommendation within fourteen (14) days after service.  No objections have been filed within

the 14-day period.  Any further review by this Court would be a duplicative and an inefficient use

of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y

of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d

947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation is hereby adopted. The Commissioner's

(4:09 CV 02684)

decision is affirmed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.


      IT IS SO ORDERED.



July 5, 2011                            /s/ Benita Y. Pearson
Date                                   United States District Court Judge